IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01490-BNB

AYANNA DENZMORE, on behalf of
DE YANNA DENZMORE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Ayanna Denzmore, acting *pro se*, submitted a Complaint (ECF No. 1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) on behalf of her minor child, De Yanna D. Denzmore.  The Court reviewed the documents and determined they were deficient.  Therefore, on June 13, 2013, Magistrate Judge Boyd N. Boland entered an order (ECF No. 4) directing Ayanna Denzmore to cure certain enumerated deficiencies in the case within thirty days if she wished to pursue her claims.

    The June 13 order pointed out that Ayanna Denzmore lacked standing to represent her minor child in this action.  The order also pointed out that Ayanna Denzmore failed to submit either an individual § 1915 motion and affidavit that only named herself as Plaintiff or the $400.00 filing fee.  The June 13 order further pointed out that Ayanna Denzmore failed to submit a Complaint that asserted a basis for the jurisdiction of this Court and named only herself if she opted to proceed *pro se*.  The

order directed Ayanna Denzmore to obtain the Court-approved forms for filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint, and to use those forms in submitting the amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and amended Complaint. The June 13 order warned Ayanna Denzmore that if she failed to cure the designated deficiencies within thirty days, the Complaint and the action would be dismissed without prejudice and without further notice.

On June 24, 2013, the copy of the June 13 order to cure mailed to Ayanna Denzmore was returned as undeliverable. *See* ECF No. 5. Ayanna Denzmore has failed to cure the designated deficiencies as directed within the time allowed or otherwise to communicate with the Court in any way. Therefore, the action will be dismissed without prejudice for Ayanna Denzmore's failure to cure the designated deficiencies as directed within the time allowed, and for her failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Ayanna Denzmore files a notice of appeal she also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Prisoner Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure for the failure of Plaintiff, Ayanna Denzmore, within the time allowed, to cure all the deficiencies designated in the order to cure of June 13, 2013, and for her failure to prosecute. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is denied as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any other pending motions are denied as moot.

DATED at Denver, Colorado, this  22nd  day of   July  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court